**F I L E D**

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF ILLINOIS**

Oct 07 2024

**JEFFREY P. ALLSTEADT, CLERK**

**Fill in this information to identify the case:**

Debtor name: American Quality Industries, Inc

United States Bankruptcy Court for the: District of Illinois (State)

Case number (If known): 24-81382

☐ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | American Express PO Box 981535 El Paso, TX 79998-1535 | American Express 1-800-597-8968 | Credit card | N | | | 15,726.28 |
| 2 | | | | | | | |
| 3 | Charles H Eldon 00810 N. Wyatt Rd, N Pitt | 853 30 13761 | Principal Loan to company | | | | 200,000 |
| 4 | | | | | | | |
| 5 | Charles H Eldon 10911 N. Main Rd Onr | 812-390 3128 | Personal Loan to company | | | | 260,000 |
| 6 | | | | | | | |
| 7 | | | | | | | |
| 8 | Re-written on next page legibly | | | | | | |

Official Form 204   Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims   page 1

Debtor: **American Quality Industries, Inc**
Case number (if known): **24-81382**

| # | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|---|
| 1 | American Express P.O. Box 981535 El Paso, TX 79998-1535 | 800 492-8468 | Credit Card | No | | | 15,726.28 |
| 2 | Charles H Eldredge III 10510 Main St. Richmond, Il 60071 | 815 304-3763 | Shareholder loan to Company | | | | 300,000.— |
| 3 | Charles H. Eldredge Jr 10511 Main Street Richmond, Il 60071 | 812 309-3123 | Shareholder loan to Company | | | | 260,000.— |

Official Form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    page 2